Pierre **FOUCHE**, Appellant

v.

Michael B. **MUKASEY**, Attorney
General of the United
States, Appellee.

No. 08–5067.

United States Court of Appeals,
District of Columbia Circuit.

Sept. 5, 2008.

Pierre Fouche, Federal Correctional In-
stitution, Adelanto, CA, for Appellant.

BEFORE: SENTELLE, Chief Judge,
and TATEL and GRIFFITH, Circuit
Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the rec-
ord from the United States District Court
for the District of Columbia and on the
brief filed by the appellant. *See* Fed.
R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It
is

**ORDERED AND ADJUDGED** that the
district court's order filed February 29,
2008, 2008 WL 576986, be affirmed. Ap-
pellant's complaint constituted a collateral
attack on his conviction and sentence,
which must be pursued by motion pursu-
ant to 28 U.S.C. § 2255 in the sentencing
court; or, if the § 2255 remedy is inade-
quate or ineffective, by a habeas petition
under 28 U.S.C. § 2241 in the judicial dis-
trict where appellant's custodian is located.
*See Charles v. Chandler,* 180 F.3d 753,
755–56 (6th Cir.1999) (per curiam); *Chat-
man–Bey v. Thornburgh,* 864 F.2d 804,
811 (D.C.Cir.1988) (en banc). To the ex-
tent appellant sought to challenge his con-
viction or sentence via an independent ac-
tion under Fed.R.Civ.P. 60(b), the claim
fails. Appellant may not seek relief from a
criminal sentence under Fed.R.Civ.P.
60(b), because Rule 60(b) is not applicable
to criminal proceedings. *See* Fed.R.Civ.P.
1; *United States v. Mosavi,* 138 F.3d 1365,
1366 (11th Cir.1998) (per curiam).

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or petition for rehearing en banc.
*See* Fed. R.App. P. 41(b); D.C.Cir. Rule
41.